**In re: Ryan KERWIN, Petitioner.**

No. 04–4408.

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. Pro. Jan. 21, 2005.

Decided April 22, 2005.

Ryan Michael Kerwin, Albion, PA, pro se.

John S. Benson, Office of District Attorney, Doylestown, PA, for William Wolfe, Da Bucks and Atty. Gen Pa.

1. The abbreviation "A.R." refers to the Certified Administrative Record on file with the Court.

Before SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

## OPINION

PER CURIAM.

Ryan Kerwin, a Pennsylvania inmate serving a five to ten-year sentence in prison imposed in January 1999 for various offenses, has filed a petition for writ of mandamus. Kerwin seeks to compel the District Court to render a final decision on his petition for writ of habeas corpus, which was filed pursuant to 28 U.S.C. § 2254.

On April 11, 2005, subsequent to the filing of Kerwin's mandamus petition, the District Court entered an order denying his § 2254 petition. Because the District Court has afforded Kerwin the relief sought, we will deny the mandamus petition as moot.